KAHN & FELDMAN, INC., v. DAVID HIRSH.—Application denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY NIEHAUS v. WARREN E. JOHNSTON and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STORY & FLICKINGER, INC., v. " HERMAN " FALK, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS COCHRAN v. MARMON AUTOMOBILE COMPANY OF NEW YORK.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIMONE SAITTA, Surviving Member, etc., v. MIGUEL SELLES.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FREDA KETCHELL v. ABE TOPPER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN KATZ v. WOLFF & REINHEIMER, INC. CHARLES KATZ v. WOLFF & REINHEIMER, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMIL HERMANN HAUSWALD, Doing Business, etc., v. JACOB KATZ and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE AMERICAN TOBACCO COMPANY, INC., v. EDWARD HUTH and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

IRVING ISAACS v. MICHAEL SALIT.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISRAEL BRINKMAN v. ROBERT BARR, as Warden of the City Prison of the City of New York.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE C. SICKLICK v. MICHEL SCHASSEUR, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH F. STILLMAN and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GLADROSE TRADING CORPORATION v. GIUSEPPE MUNGO and DOUGLAS KNOX.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.